| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-21852 / MBK**

Karen Vitarelle

Petition Filed Date: 12/26/2023
341 Hearing Date: 01/25/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2024 | $1,000.00 | 95867950 | | | | | | |

**Total Receipts for the Period:  $1,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen Vitarelle | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian W. Hofmeister, Esq. | Attorney Fees | $4,500.00 | $0.00 | $4,500.00 |
| | | No Disbursements: No Check | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,851.01 | $0.00 | $0.00 |
| 2 | POLICE AND FIRE FEDERAL CREDIT UNION | Unsecured Creditors | $9,418.77 | $0.00 | $0.00 |
| 3 | POLICE AND FIRE FEDERAL CREDIT UNION | Unsecured Creditors | $8,641.06 | $0.00 | $0.00 |
| 4 | POLICE AND FIRE FEDERAL CREDIT UNION | Unsecured Creditors | $3,745.91 | $0.00 | $0.00 |
| 5 | POLICE AND FIRE FEDERAL CREDIT UNION »»  2014 HONDA CR-V DEFICIENCY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | POLICE AND FIRE FEDERAL CREDIT UNION »»  2017 MERCEDES BENZ DEFICIENCY | Debt Secured by Vehicle | $1,925.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-21852 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $1,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $83.00 | Arrearages: | $0.00 |
| Funds on Hand: | $917.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

