UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Martone & Uhlmann, PC
Dennis P. Uhlmann, Jr., Esq.
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
Attorney for Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
36.9024

In Re:

Karen Vitarelle

Case No.:   23-21852-MBK

Chapter:   13

Hearing Date: February 28, 2024

Judge:   Hon. Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ X-Settled          ☐ Withdrawn

Matter: The Objection filed on behalf of Secured Creditor, PNC Bank, National Association has been resolved with a consent order.

Date: February 22, 2024          _/s/Dennis P. Uhlmann, Jr.
                                 Signature

*rev.8/1/15*