

Order Filed on April 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Martone & Uhlmann, PC
Dennis P. Uhlmann, Jr., Esq.
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
Attorney for Creditor/Servicing Agent

PNC BANK, NATIONAL ASSOCIATION
36.9024

In re:

Karen Vitarelle

---

Case No. 23-21852-MBK

Chapter 13

Hon. Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 207 TWIN LAKES BLVD, LITTLE EGG HARBOR, NJ 08087**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: April 3, 2024**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:  Karen Vitarelle
Case No.:  23-21852-MBK
Caption of Order:  CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 207 TWIN LAKES BLVD, LITTLE EGG HARBOR, NJ 08087

---

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of Objection to the Debtor's Proposed Chapter 13 Plan with regards to the treatment of Secured Creditor's lien secured by the property located at 207 Twin Lakes Blvd, Little Egg Harbor, NJ 08087, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall continue to make monthly mortgage payments to Secured Creditor, PNC BANK, NATIONAL ASSOCIATION outside of the plan; and

2. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

**Law Firm of Brian W. Hofmeister, LLC**
Attorneys for Debtor

By: _____
Brian W. Hofmeister, Esq.
Dated: 2/27/24

**Martone & Uhlmann, P.C.**
Attorneys for Secured Creditor

By: _____
Dennis P. Uhlmann, Jr., Esq.
Dated: 03/25/2024