

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Martone & Uhlmann, PC
Dennis P. Uhlmann, Jr., Esq.
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
Attorney for Creditor/Servicing Agent

PNC BANK, NATIONAL ASSOCIATION
36.9024

In re:

Karen Vitarelle

Order Filed on April 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-21852-MBK

Chapter 13

Hon. Judge Michael B. Kaplan

### CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 207 TWIN LAKES BLVD, LITTLE EGG HARBOR, NJ 08087
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: April 3, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Karen Vitarelle
Case No.: 23-21852-MBK
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 207 TWIN LAKES BLVD, LITTLE EGG HARBOR, NJ 08087

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of Objection to the Debtor's Proposed Chapter 13 Plan with regards to the treatment of Secured Creditor's lien secured by the property located at 207 Twin Lakes Blvd, Little Egg Harbor, NJ 08087, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall continue to make monthly mortgage payments to Secured Creditor, PNC BANK, NATIONAL ASSOCIATION outside of the plan; and

2. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

**Law Firm of Brian W. Hofmeister, LLC**
Attorneys for Debtor

By: _____
Brian W. Hofmeister, Esq.
Dated: 2/27/24

**Martone & Uhlmann, P.C.**
Attorneys for Secured Creditor

By: _____
Dennis P. Uhlmann, Jr., Esq.
Dated: 03/25/2024

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21852-MBK |
| Karen Vitarelle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen Vitarelle, 207 Twin Lakes Blvd, Tuckerton, NJ 08087-1737 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com |
| Brian W. Hofmeister | on behalf of Debtor Karen Vitarelle bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 03, 2024 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 6