Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21852−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen Vitarelle
   207 Twin Lakes Blvd
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−3392

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 13, 2024.

Dated: June 13, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                       Case No. 23-21852-MBK

Karen Vitarelle                                                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 3

Date Rcvd: Jun 13, 2024             Form ID: plncf13                Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Vitarelle, 207 Twin Lakes Blvd, Tuckerton, NJ 08087-1737 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2024 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2024 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520120268 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2024 21:07:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 520182863 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2024 21:07:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520120269 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2024 21:09:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520120270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 21:11:58 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520158785 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2024 21:12:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520174328 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:23:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520120271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:12:02 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520120274 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:12:16 | Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 520120272 | + | Email/Text: mrdiscen@discover.com | Jun 13 2024 21:07:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520126031 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 21:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520120273 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2024 21:34:46 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 520139689 | + | Email/Text: RASEBN@raslg.com | Jun 13 2024 21:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520174080 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:12:05 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-21852-MBK    Doc 28    Filed 06/15/24    Entered 06/16/24 00:18:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520120275 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2024 21:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 520120276 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2024 21:07:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 520175838 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2024 21:07:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520182620 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 21:23:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520120277 | + | Email/Text: bankruptcy1@pffcu.org | Jun 13 2024 21:09:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520127312 | + | Email/Text: bankruptcy1@pffcu.org | Jun 13 2024 21:09:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520182321 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2024 21:12:20 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520120278 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 21:23:58 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 520120279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:34:59 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 520174081 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 13, 2024 | Form ID: plncf13 | Total Noticed: 25 |

                    ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

Brian W. Hofmeister
                    on behalf of Debtor Karen Vitarelle bwh@hofmeisterfirm.com j119@ecfcbis.com

Denise E. Carlon
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Dennis P Uhlmann, Jr
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6