Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23−21852−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Karen Vitarelle
  207 Twin Lakes Blvd
  Tuckerton, NJ 08087

Social Security No.:
  xxx−xx−3392

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/18/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 18, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                          Case No. 23-21852-EJO

Karen Vitarelle                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen Vitarelle, 207 Twin Lakes Blvd, Tuckerton, NJ 08087-1737 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520120268 | EDI: BANKAMER | Mar 19 2026 01:04:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 520182863 | EDI: BANKAMER | Mar 19 2026 01:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520120269 | + EDI: TSYS2 | Mar 19 2026 01:04:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520120270 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520158785 | + EDI: AIS.COM | Mar 19 2026 01:04:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520174328 | EDI: CITICORP | Mar 19 2026 01:04:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520120271 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520120274 | EDI: CITICORP | Mar 19 2026 01:04:00 | Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 520120272 | + EDI: DISCOVER | Mar 19 2026 01:04:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520126031 | EDI: DISCOVER | Mar 19 2026 01:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520120273 | + EDI: JPMORGANCHASE | Mar 19 2026 01:04:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520139689 | + Email/Text: RASEBN@raslg.com | Mar 18 2026 21:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520174080 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 21:35:24 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0312-3                          User: admin                                    Page 2 of 3

Date Rcvd: Mar 18, 2026                       Form ID: 148                                    Total Noticed: 25

|  |  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 520120275 | Email/Text: Bankruptcy.Notices@pnc.com |  | Mar 18 2026 21:24:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 520120276 | Email/Text: Bankruptcy.Notices@pnc.com |  | Mar 18 2026 21:24:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 520175838 | Email/Text: Bankruptcy.Notices@pnc.com |  | Mar 18 2026 21:24:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520182620 | EDI: PRA.COM |  | Mar 19 2026 01:04:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520120277 | + Email/Text: bankruptcy1@pffcu.org |  | Mar 18 2026 21:24:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520127312 | + Email/Text: bankruptcy1@pffcu.org |  | Mar 18 2026 21:24:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520182321 | + EDI: AIS.COM |  | Mar 19 2026 01:04:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520120278 | EDI: SYNC |  | Mar 19 2026 01:04:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 520120279 | + EDI: CITICORP |  | Mar 19 2026 01:04:00 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 520174081 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo |  |
|  | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo |  |

District/off: 0312-3
Date Rcvd: Mar 18, 2026

User: admin

Form ID: 148

Page 3 of 3

Total Noticed: 25

docs@russotrustee.com

Anne Marie Aaronson

on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com
ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

Brian W. Hofmeister

on behalf of Debtor Karen Vitarelle bwh@hofmeisterfirm.com  j119@ecfcbis.com

Denise E. Carlon

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Dennis P Uhlmann, Jr

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7